UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| EYIDI AMBILA<br><br>Petitioner,<br><br>v.<br><br>KEVIN JOYCE, et al.,<br><br>Respondents, | ) | Civil No. 2:25-cv-00267-SDN |

JUDGMENT

In accordance with the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on January 24, 2026;

The Petition for Writ of Habeas Corpus is granted.

ERIC M. STORMS
ACTING CLERK

Dated: January 26, 2026

By: /s/ Michelle Thibodeau
Deputy Clerk